IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Socket Mobile, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**KIOXIA,**<br><br>Defendant. | Case No. 1:20-cv-00418-LY<br><br>Patent Case<br><br>Jury Trial Demanded |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Socket Mobile, Inc. ("Plaintiff") hereby notifies the Court that the parties have reached a settlement that will resolve all pending claims between them. The parties request up to and including November 5, 2020, to comply with their obligations under the agreement and submit dismissal papers. Accordingly, Plaintiff files this unopposed motion for a stay of all pending deadlines, up to and including November 5, 2020, so that the parties may take the necessary steps to comply with the parties' settlement agreement and submit dismissal papers. This stay is not sought for the purpose of delay but so that justice may be served.

Dated:  October 2, 2020                                            Respectfully submitted,

                                                                              */s/ Isaac Rabicoff*

Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe Street
Chicago, IL
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Socket Mobile, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 2, 2020, via the Court's CM/ECF system.

*/s/ Isaac Rabicoff*
Isaac Rabicoff